UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 24-15 (ECT/DJF)

| | |
|---|---|
| UNITED STATES OF AMERICA, | <u>**UNDER SEAL**</u> |
| Plaintiff, | MOTION TO UNSEAL |
| v. | |
| 1. IKRAM YUSUF MOHAMED,<br>2. SULEMAN YUSUF MOHAMED,<br>3. AISHA HASSAN HUSSEIN,<br>4. SAHRA SHARIF OSMAN,<br>5. SHAKUR ABDINUR ABDISALAM,<br>6. FADUMO MOHAMED YUSUF, and<br>7. GANDI YUSUF MOHAMED,<br>  also known "Gandi Abdi Kediye," | |
| Defendants. | |

The United States of America hereby moves the Court for an order to unseal the above-captioned matter as well as the Indictment in that matter.

Dated: February 5, 2024

Respectfully Submitted,

ANDREW M. LUGER
United States Attorney

*/s/ Joseph H. Thompson*
BY:  JOSEPH H. THOMPSON
Assistant U.S. Attorney