UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 24-15 (ECT/DJF)

UNITED STATES OF AMERICA,

                                                   UNDERSEAL

            Plaintiff,                   ORDER TO UNSEAL

      v.

1. IKRAM YUSUF MOHAMED,
2. SULEMAN YUSUF MOHAMED,
3. AISHA HASSAN HUSSEIN,
4. SAHRA SHARIF OSMAN,
5. SHAKUR ABDINUR ABDISALAM,
6. FADUMO MOHAMED YUSUF, and
7. GANDI YUSUF MOHAMED,
    also known "Gandi Abdi Kediye,"

          Defendants.

This matter is before the Court on the Government's Motion to Unseal.  The above-captioned matter, including the Indictment, need no longer be sealed for the reasons set forth in the Government's Motion.

THEREFORE, IT IS HEREBY ORDERED that the Government's Motion is GRANTED. The Clerk's Office is directed to unseal this matter, including the Indictment, on February 5, 2024.

Dated: February 5, 2024

                        *s/ David T. Schultz*
                        The Honorable David T. Schultz
                        United States Magistrate Judge