

# Interpreter Confirmation

**The following information confirms services ordered by the U.S. District Court for the District of Minnesota for contract court interpreting.**

**GENERAL INFORMATION:**
Date Scheduled: 2/5/2024
Name of Requestor: Janet Midtbo

**SERVICE INFORMATION:**
Name of Agency:
Name of Interpreter: Ayderus Ali
Language: Somali
Date of Service: 2/6/2024
Time of Service: 1:30 PM
Location of Hearing: Courtroom 9E (MPLS)
Case Number: 0:24–cr–00015–ECT–DJF
Case: USA v Ikram Yusuf Mohamed
Travel Required: No
Estimated Duration of Assignment: 1 hour
Estimated Cost of Service: $ 280 Professionally Qualified Half Day