**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE

UNITED STATES OF AMERICA,

              Plaintiff

v.

Ikram Yusuf Mohamed(1),

              Defendant

COURTROOM MINUTES - CRIMINAL
BEFORE:   DAVID T. SCHULTZ
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 24-cr-015 ECT/DJF |
| Date: | February 6, 2024 |
| Courthouse: | Minneapolis |
| Courtroom: | 9E |
| Time Commenced: | 1:55 p.m. |
| Time Concluded: | 2:01 p.m. |
| Time in Court: | 6 minutes |

APPEARANCES:
  Plaintiff: Joe Thompson & Harry Jacobs, Assistant U.S. Attorney
  Defendant: Steven Wright
            X Retained(provisionally)

Date Charges Filed: 1/24/2024          Offense: conspiracy to commit wire fraud; wire fraud; conspiracy to commit federal programs bribery; federal programs bribery; conspiracy to commit money laundering; money laundering

X Advised of Rights

on   X Indictment

X **Personal Recognizance Bond with conditions, see Order Setting Conditions of Release.**

X Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

*s/jam*
Signature of Courtroom Deputy