# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>v.<br><br>Ikram Yusuf Mohamed(1),<br>                    Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE:   DAVID T. SCHULTZ<br>U.S. District Judge |

| | |
|---|---|
| Case No: | 24-cr-015 ECT/DJF |
| Date: | February 6, 2024 |
| Courthouse: | Minneapolis |
| Courtroom: | 9E |
| Time Commenced: | 2:01 p.m. |
| Time Concluded: | 2:03 p.m. |
| Time in Court: | 2 minutes |

APPEARANCES:

Plaintiff: Joe Thompson & Harry Jacobs, Assistant U.S. Attorney
Defendant:  Steven Wright
        X Retained

**Indictment Dated:**   January 24, 2024

    X Reading of Indictment Waived        X Not Guilty Plea Entered

Other Remarks:

X Counsel to be notified of additional dates by separate Order to be issued.

                                                                            s/jam
                                                    Signature of Courtroom Deputy