# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

UNITED STATES OF AMERICA,
                        Plaintiff,

v.

Suleman Yusuf Mohamed(2),
                        Defendant.

**COURT MINUTES - CRIMINAL**
BEFORE:   DAVID T. SCHULTZ
U.S. District Judge

| | |
|---|---|
| Case No: | 24-cr-015 ECT/DJF |
| Date: | February 6, 2024 |
| Courthouse: | Minneapolis |
| Courtroom: | 9E |
| Time Commenced: | 2:05 p.m. |
| Time Concluded: | 2:06 p.m. |
| Time in Court: | 1 minute |

APPEARANCES:

   Plaintiff: Joe Thompson & Harry Jacobs, Assistant U.S. Attorney
   Defendant:  Joe Friedberg
        X Retained

**Indictment Dated:**   January 24, 2024

        X Reading of Indictment Waived        X Not Guilty Plea Entered

Other Remarks:

   X Counsel to be notified of additional dates by separate Order to be issued.

                                                                s/jam
                                        Signature of Courtroom Deputy