**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                                    22-CR-85 (NEB/TNL)

MOHAMED JAMA ISMAIL,

                Defendant.

---

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                                    22-CR-124 (NEB/TNL)

ABDIAZIZ SHAFII FARAH, ET AL.,

                Defendants.

---

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                                    22-CR-222 (NEB/TNL)

LIBAN YASIN ALISHIRE, ET AL.,

                Defendants.

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                      22-CR-223 (NEB/TNL)

AIMEE MARIE BOCK, ET AL.,

        Defendants.

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                        22-CR-224 (NEB/TNL)

QAMAR AHMED HASSAN, ET AL.,

        Defendants.

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                        22-CR-225 (NEB/TNL)

SHARMAKE JAMA,  ET AL.,

        Defendants.

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                        22-CR-226 (NEB/TNL)

HAJI OSMAN SALAD, ET AL,

        Defendants.

UNITED STATES OF AMERICA,

        Plaintiff,

v.                              22-CR-236 (NEB)

HANNA MARAKEGN,

        Defendant.

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                              22-CR-237 (NEB)

BEKAM ADDISSU MERDASSA,

        Defendant.

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                              22-CR-238 (NEB)

HADITH YUSUF AHMED,

        Defendant.

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                        22-CR-277 (NEB/TNL)

MEKFIRA HUSSEIN, ET AL.,

        Defendants.

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                          22-CR-293 (NEB/TNL)

MOHAMED MUSE NOOR,

        Defendant.

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                        23-CR-80 (NEB/TNL)

AYAN FARAH ABUKAR,

        Defendants.

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                        23-CR-81 (NEB/TNL)

SADE OSMAN HASHI,

        Defendant.

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                23-CR-82 (NEB/TNL)

SHARON ROSS,

        Defendant.

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                23-CR-91 (NEB/TNL)

MOHAMED ALI HUSSEIN, ET AL,

        Defendants.

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                23-CR-92 (NEB)

MULATA YUSUF ALI,

        Defendant.

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                24-CR-13 (PJS/DTS)

SAID EREG, ET AL.

        Defendants.

UNITED STATES OF AMERICA,

          Plaintiff,

v.                                   24-CR-15 (ECT/DJF)

IKRAM YUSUF MOHAMED, ET AL.

          Defendants.

UNITED STATES OF AMERICA,

          Plaintiff,

v.                                   24-CR-24 (JWB)

HODA ALI ABDI,

          Defendant.

**ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE**

Case Nos. 22-CR-85, 22-CR-124, 22-CR-222, 22-CR-223, 22-CR-224, 22-CR-225, 22-CR-226, 22-CR-236, 22-CR-237, 22-CR-238, 22-CR-277, 22-CR-293, 23-CR-80, 23-CR-81, 23-CR-82, 23-CR-91 and 23-CR-92 having been assigned to Judge Nancy E. Brasel and Magistrate Judge Tony L. Leung and Case Nos. 24-CR-13, 24-CR-15 and 24-CR-24 having later been assigned to Chief Judge Patrick J. Schiltz, Judge Eric

C. Tostrud and Judge Jerry W. Blackwell respectively, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case Nos. 24-CR-13, 24-CR-15 and 24-CR-24 be assigned to Judge Nancy E. Brasel and Magistrate Judge Tony N. Leung *nunc pro tunc,* by use of a space on the appropriate list of the automated case assignment system. The Clerk of Court is directed to reuse a card on the same list pursuant to the Court's Assignment of Cases Order signed July 19, 2021.

**IT IS FINALLY ORDERED** that a copy of this Order shall be filed in each of the above respective files.


DATED: February 8, 2024          s/Nancy E. Brasel
                                 NANCY E. BRASEL
                                 United States District Judge


DATED: February 8, 2024          s/Patrick J. Schiltz
                                 PATRICK J. SCHILTZ
                                 Chief United States District Judge


DATED: February 8, 2024          s/Eric C. Tostrud
                                 ERIC C. TOSTRUD
                                 United States District Judge


DATED: February 8, 2024          s/Jerry W. Blackwell
                                 JERRY W. BLACKWELL
                                 United States District Judge