**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: DOUGLAS L. MICKO |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:        24-cr-15 NEB/TNL |
| | ) | Date:            March 7, 2024 |
| Gandi Yusuf Mohamed (7), | ) | Courthouse:    St. Paul |
| | ) | Courtroom:        6B |
| Defendant, | ) | Time Commenced:    1:34 p.m./1:44 p.m. |
| | | Time Concluded:    1:43 p.m./1:49 p.m. |
| | | Time in Court:   14 minutes |

**True Name if different from charging instrument:** Gandi Abdi Kediye
X **Clerk of Court is directed to change the name to:** Gandi Abdi Kediye

APPEARANCES:

Plaintiff: Matthew Murphy, Assistant U.S. Attorney
Defendant: Steven Wright
                    X Retained

Date Charges Filed: 1/24/2024            Offense: Wire fraud and money laundering; conspiracy to commit
                                                        wire fraud and money laundering.

X Advised of Rights

On X Indictment

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

X Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

                                                            _s/Ashley Nelson_____
                                                            Signature of Courtroom Deputy