# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | BEFORE: DOUGLAS L. MICKO |
| v. | U.S. Magistrate Judge |
| Gandi Abdi Kediye (7), | |
| Defendant. | |

Case No:          24-cr-15 NEB/TNL
Date:             March 7, 2024
Courthouse:       St. Paul
Courtroom:        6B
Time Commenced:   1:43 p.m.
Time Concluded:   1:44 p.m.
Time in Court:    1 minute

APPEARANCES:

  Plaintiff: Matthew Murphy, Assistant U.S. Attorney
  Defendant:  Steven Wright
        X Retained

**Indictment Dated: 1/24/2024**

   X Reading of Indictment Waived     X Not Guilty Plea Entered

Other Remarks:
X Counsel to be notified of additional dates by separate Order to be issued.

                                            *s/Ashley Nelson*
                                         Signature of Courtroom Deputy