

U.S. Department of Justice

United States Attorney
District of Minnesota

| | | |
|---|---|---|
| *Joseph H. Thompson* | *United States Courthouse* | *Direct Line: (612) 664-5588* |
| *Assistant United States Attorney* | *300 South Fourth Street, Suite 600* | *Fax: (612) 664-5787* |
| | *Minneapolis, MN  55415* | *E-mail: joseph.thompson2@usdoj.gov* |

*Via ECF*

March 14, 2024

The Honorable Tony N. Leung
Magistrate Judge
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

    Re:    <u>United States v. Ikram Mohamed, et al.</u>, 24 CR 15 (NEB/TNL)

Dear Judge Leung:

    Pursuant to the Court's order (Dkt. 69), the parties have met and conferred concerning pretrial proceedings in the above-referenced case.  I am writing to inform the Court about the case management schedule as discussed by the parties.

    The government proposed the following dates:

1. The government will begin to produce discovery by March 15, 2024;
2. Pretrial motions due by Friday, June 15, 2024;
3. Responses to pretrial motions due Friday July 12, 2024;
4. Notice of intent to call witnesses due by Friday, July 12, 204; and
5. Responsive notice of intent to call witnesses due by Friday, July 19, 2025.

    The government has met and conferred with counsel of record for the defendants and has received no objections to the proposed case management schedule, with the understanding that the parties can ask for more time if necessary.

Please let us know if the Court needs more information from the parties.

                Respectfully submitted,

                ANDREW M. LUGER
                United States Attorney

By:   /s/ *Joseph H. Thompson*
        Joseph H. Thompson
        Harry M. Jacobs
        Matthew S. Ebert
        Chelsea A. Walcker
        Assistant United States Attorneys