UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 24-15 (NEB/DTS)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NOTICE OF WITHDRAWAL AND |
| ) | SUBSTITUTION OF COUNSEL |
| IKRAM YUSEF MOHAMED, ) | |
| ) | |
| Defendant. ) | |

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorneys hereby notify the Court and counsel that Ikram Yusef Mohamed has retained Raymond R. Granger and Daniel S. Adkins (local) to substitute as counsel for Robert D. Richman in this case.

This notice complies with the requirements of Rule 83.7(b) as follows:

1. Raymond R. Granger and Daniel S. Adkins enter their appearance as counsel for Ikram Yusef Mohamed.

2. This substitution of counsel will not delay the trial in this case. Trial is scheduled to begin April 20, 2026.

3. This notice is filed more than thirty days before trial.

4. Daniel S. Adkins is an active member in good standing of the bar of this Court.

Dated: December 23, 2025

                                          /s/ Raymond R. Granger

RAYMOND R. GRANGER
GRANGER & ASSOCIATES LLC
*Pro Hac Vice*
40 Fulton Street, 17th Floor
New York, NY 10038
(212)732-7000
rgranger@grangerassociates.com

New Counsel

Dated: December 23, 2025

_____
DANIEL S. ADKINS
Attorney ID No. 266085 (Minnesota)

NORTH STAR CRIMINAL DEFENSE
335 Atrium Office Building
1295 Bandana Square Boulevard N.
St. Paul, MN  55108
(651) 330-9678

Local Counsel

Dated: December 23, 2025

*s/*_____
ROBERT D. RICHMAN
Attorney ID No. 226142

LAW OFFICES OF
ROBERT D. RICHMAN, LLC
P.O. Box 16643
St. Louis Park, MN  55416
(651) 278-4987

Withdrawing Counsel