**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**ARRAIGNMENT MINUTES**

UNITED STATES OF AMERICA,

                Plaintiff,

v.

Ikram Yusuf Mohamed (1),

                Defendant.

COURT MINUTES - CRIMINAL
BEFORE DAVID T. SCHULTZ
U.S. MAGISTRATE JUDGE

| | |
|---|---|
| Case No: | 24-cr-15 (NEB/DTS) |
| Date: | January 14, 2026 |
| Courthouse: | Minneapolis |
| Courtroom: | Courtroom 9W |
| Court Reporter: | Rachel Braun |
| Time Commenced: | 11:10 A.M. |
| Time Concluded: | 11:11 A.M. |
| Time in Court: | 2 Minutes |

APPEARANCES:

    Plaintiff:    Daniel Bobier, Assistant U.S. Attorney
    Defendant:   Raymond Granger and Daniel Adkins, Retained

X Reading of Indictment Waived

X Not Guilty Plea Entered

                                          /s ALS
                                          Law Clerk