# UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA
# CRIMINAL MOTION HEARING

UNITED STATES OF AMERICA,

       Plaintiff,

v.

Ikram Yusuf Mohamed (1),
Suleman Yusuf Mohamed (2),
Aisha Hassan Hussein (3),
Sahra Sharif Osman (4),
Shakur Abdinur Abdisalam (5),
Fadumo Mohamed Yusuf (6),
Gandi Yusuf Mohamed *also known as*
Gandi Abdi Kediye (7),

       Defendants.

## COURT MINUTES
BEFORE: DAVID T. SCHULTZ
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 24-cr-15 |
| Date: | January 14, 2026 |
| Court Reporter: | Rachel Braun |
| Courthouse: | Minneapolis |
| Courtroom: | 9W |
| Time: | 11:25 AM / 12:45 PM |
| Time in Court: | 1 hour 20 minutes |
| Hearing Type: | Oral Argument |

APPEARANCES:

Plaintiff: Daniel Bobier, Assistant U.S. Attorney
For Defendant Ikram Yusuf Mohamed (1): Raymond Granger and Daniel Adkins, Retained
For Defendant Suleman Yusuf Mohamed (2): Wyatt Arneson, CJA Appointment
For Defendant Aisha Hassan Hussein (3): Melvin Welch, CJA Appointment
For Defendant Sahra Sharif Osman (4): Lee Johnson, CJA Appointment
For Defendant Shakur Abdinur Abdisalam (5): Ryan and Marie Pacyga, Retained
For Defendant Fadumo Mohamed Yusuf (6): Tom Shiah, CJA Appointment
For Defendant Gandi Yusuf Mohamed (7): Nicholas Kaizer, Retained

INTERPRETER for Defendant Fadumo Mohamed Yusuf: Mascuud Xaaji

☒ ORDER TO BE ISSUED    ☒ R&R TO BE ISSUED

Defendant additional briefing by: **January 21, 2026**
Additional briefing by the Government by: **January 28, 2026**

                                              s/ ALS
                                              Law Clerk