UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 24-cr-15 (NEB/DTS)

UNITED STATES OF AMERICA,

    Plaintiff,

v.                        **NOTICE OF APPEARANCE**

IKRAM MOHAMED ET AL.,

    Defendants.

Please add the following Assistant United States Attorney to the above-captioned case:

<u>Add AUSA</u>

Rebecca E. Kline

Matthew C. Murphy

Dated: January 15, 2026                     Respectfully submitted,

                                              DANIEL N. ROSEN
                                              United States Attorney

                                              *s/Rebecca E. Kline*
                                BY:   REBECCA E. KLINE
                                              Assistant U.S. Attorney