**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

# CHANGE OF PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IKRAM YUSUF MOHAMED,<br><br>Defendant. | COURTROOM MINUTES - CRIMINAL<br>BEFORE: Nancy E. Brasel<br>U.S. District Judge<br><br>Case No:         24-cr-15 (1) (NEB/DTS)<br>Date:            March 18, 2026<br>Court Reporter:  Renee Rogge<br>Courtroom:       13W<br>Time Commenced:  12:20 p.m.<br>Time Concluded:   12:55 p.m.<br>Time in Court:   35 minutes |

APPEARANCES:
  Plaintiff:     Rebecca Kline and Matthew Murphy, Assistant U.S. Attorneys
  Defendant:     Raymond Granger, Retained Attorney

PROCEEDINGS:

CHANGE OF PLEA HEARING:

PLEA:
☒   Guilty plea entered as to Count 3 of the Superseding Indictment.
☒   Presentence Investigation Report Requested.
☒   Defendant is released on bond conditions. Additional Condition added by order.


Date: March 18, 2026                          s/Kristine Wegner
                                              Courtroom Deputy to Judge Nancy E. Brasel