UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 24-015 (NEB/DTS)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER OF DETENTION |
| | ) | |
| SULEMAN YUSUF MOHAMED, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the Court on March 30, 2026, for an initial appearance on a petition alleging violations of the defendant's conditions of pretrial release.  (*See* Dkt. 337.)  The defendant appeared in custody and was represented by Wyatt Arneson, Esq. The United States was represented by Assistant United States Attorney Albania Concepcion.  The United States moved for detention pending a bond revocation and detention hearing.  The defendant was advised of his constitutional rights, the nature of the alleged violations, and permitted to consult with his appointed counsel.  At the initial appearance, the defendant knowingly and voluntarily waived his right to a bond revocation and detention hearing.  *See* 18 U.S.C. § 3148(a)-(b).

After consideration of the Petition for Action on Conditions of Pretrial Release, the alleged violations, the defendant's waivers, and the record before the Court, the Court finds by clear and convincing evidence that defendant violated his conditions of release and that also finds that there are no conditions or combination of conditions that will reasonably assure that the defendant will not flee or pose a danger to the safety of any other person or the community.  18 U.S.C. § 3148(b)(2)(A).  The Court further finds that the defendant

is unlikely to abide by any condition or combination of conditions of release.   18 U.S.C. § 3148(b)(2)(B) Accordingly, the Court ordered the defendant detained pending his change of plea hearing, scheduled for April 2, 2026, before U.S. District Judge Nancy E. Brasel.

For the foregoing reasons, **IT IS ORDERED** that:

1. The defendant shall be detained pending his change of plea before U.S. District Judge Nancy E. Brasel, currently set for **April 2, 2026, at 10:00 a.m., in Courtroom 13W, in Minneapolis, Minnesota**;

2. The defendant is committed to the custody of the Attorney General;

3. The defendant shall be afforded reasonable opportunity to consult privately with counsel; and

4. Upon Order of the Court, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to the United States Marshal for the purpose of appearance in connection with further court proceedings.

Dated:   March 31, 2026

_s/Elizabeth Cowan Wright_
THE HON. ELIZABETH COWAN WRIGHT
UNITED STATES MAGISTRATE JUDGE

2