UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 24-15 (NEB/DTS)

UNITED STATES OF AMERICA,

       Plaintiff,

v.

7. GANDI YUSUF MOHAMED,

       Defendant.

**GOVERNMENT'S TRIAL BRIEF**

The United States of America, by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and Rebecca E. Kline and Matthew C. Murphy, Assistant United States Attorneys, respectfully submits the following trial brief in this matter.

## I.  OVERVIEW

On January 24, 2024, a grand jury returned a 47-count indictment charging 7 defendants—Ikram Yusuf Mohamed, Suleman Yusuf Mohamed, Aisha Hassan Hussein, Sahra Sharif Osman, Shakur Abdinur Abdisalam, Fadumo Mohamed Yusuf, and Gandi Yusuf Mohamed (a/k/a Gandi Abdi Kediye)—with a number of crimes, including: conspiracy to commit wire fraud, in violation of 18 U.S.C. §§ 371 and 1343; wire fraud, in violation of 18 U.S.C. § 1343; conspiracy to commit federal programs bribery, in violation of 18 U.S.C. §§ 371 and 666; federal programs bribery, in violation of 18 U.S.C. § 666; conspiracy to commit concealment money laundering, in violation of 18 U.S.C. § 1956(a) and (h); and money laundering, in violation of 18

1

U.S.C. § 1957.  A grand jury returned a superseding indictment on January 6, 2026, charging these same defendants with 36 counts of the above offenses.

In this trial, defendant Gandi Mohamed is charged with conspiracy to commit wire fraud, wire fraud, conspiracy to commit money laundering, and money laundering.

The indictment alleges that Gandi and his co-conspirators orchestrated and carried out a scheme that defrauded the Federal Child Nutrition Program, a government aid program designed to provide free meals to children in need. Gandi and his co-conspirators exploited the Covid-19 pandemic to obtain, misappropriate, and launder tens of millions of dollars in program funds that were intended as reimbursements for the cost of serving meals and food to children. In all, the conspirators fraudulently misappropriated more than $14 million in Federal Child Nutrition Program funds.

## II.   BACKGROUND

### A.   The Federal Child Nutrition Program

The Federal Child Nutrition Program is a government program that ensures children receive nutritious meals and snacks that adequately promote healthy physical and education development. The program is run through the Food and Nutrition Service, an agency of the United States Department of Agriculture ("USDA"). That agency administers Federal Child Nutrition Programs, which includes the Summer Food Service Program and Child and Adult Care Food Program (together, the "Federal Child Nutrition Program").

The Summer Food Service Program ("SFSP") is a federal program established to ensure that children continue to receive nutritious meals when school is not in session. The Summer Food Service Program reimburses non-profit organizations and other participating entities that serve free healthy meals and snacks to children and teens in low-income areas. The Child and Adult Care Food Program ("CACFP") is a federal program that reimburses non-profit organizations and other participating entities that serve healthy meals and snacks to children and adults at participating childcare centers, daycare homes, and after-school programs.

The Federal Child Nutrition Program operates throughout the United States. The USDA's Food and Nutrition Service administers the programs at the national and regional levels by distributing federal funds to state governments, which provide oversight for the Federal Child Nutrition Program. In Minnesota, the Minnesota Department of Education ("MDE") administers the Federal Child Nutrition Program.

The Federal Child Nutrition Program operated through sponsors, which oversaw the sites. Sponsors, like Feeding Our Future and Partners In Nutrition, are responsible for monitoring the operation of the programs and submitting reimbursement claims.

Feeding Our Future and Partners In Nutrition were non-profit organizations purportedly in the business of helping community partners participate in the Federal Child Nutrition Program. Both were approved sponsors of the Federal Child Nutrition Program, and prior to the onset of the Covid-19 pandemic, each operated

3

as a small non-profit that sponsored the participation of Minnesota daycares and after school programs in the Federal Child Nutrition Program.

Meals funded by the Federal Child Nutrition Program in Minnesota are served at "sites." Each site participating in the Federal Child Nutrition Program must be sponsored by an organization authorized to participate in the Federal Child Nutrition Program. Sponsors are required to submit an application to MDE for each site. Sponsors are responsible for monitoring each of their sites and preparing reimbursement claims for their sites.

Sponsors submit reimbursement claims to MDE on behalf of sites under their sponsorship. The USDA provides federal reimbursement funds to MDE on a per-meal basis. MDE provides the federal funds to the sponsoring agency, which in turn pays the reimbursement funds to the sites under its sponsorship. The sponsoring agency retains ten to fifteen percent of the funds as an administrative fee in exchange for sponsoring the sites, submitting reimbursement claims, and disbursing the federal funds.

### B.   The Covid-19 Waivers and Fraud

The Covid-19 pandemic, including various stay-at-home orders and distance learning, disrupted the operation of the Federal Child Nutrition Program. As a result, the USDA issued waivers to the program requirements, allowing additional flexibility for implementing the program and expanding the scope of the program. Following the start of the Covid-19 pandemic and the resulting waivers, Feeding Our Future

and Partners In Nutrition sponsored an exponential number of new sites—more than 200 new Federal Child Nutrition Program sites.

Historically, the Federal Child Nutrition Program provided meals to children involved in education-based programs or activities. During the Covid-19 pandemic, the USDA waived several of the standard requirements for participation in the Federal Child Nutrition Program. Among other things, the USDA allowed for-profit restaurants to participate in the program. It also allowed for food distribution to children outside of educational programs. At the same time, the state government's stay-at-home order and telework policies made it more difficult to oversee the program. These changes left the program vulnerable to fraud and abuse.

Beginning in approximately April 2020—with the onset of the Covid-19 pandemic—Feeding Our Future and Partners In Nutrition dramatically increased the number of sites under their sponsorship as well as the amount of Federal Child Nutrition Program funds received by those sites.

Feeding Our Future went from receiving and disbursing approximately $3.4 million in federal funds to sites under its sponsorship in 2019 to nearly $200 million in 2021. Partners In Nutrition went from receiving and disbursing approximately $5.6 million in federal funds to sites under its sponsorship in 2019 to more than $200 million in 2021. In 2021, sites under the sponsorship of Partners In Nutrition claimed to have served more than 80 million meals to children in Minnesota. As a result, Feeding Our Future and Partners In Nutrition received tens of millions of dollars in Federal Child Nutrition Program funds in administrative fees.

5

III.    SCHEME TO DEFRAUD THE FEDERAL CHILD NUTRITION PROGRAM

A.    Feeding Our Future

Feeding Our Future was a non-profit organization in the business of helping community partners participate in the Federal Child Nutrition Program and related federal programs. Aimee Bock was the founder and executive director of Feeding Our Future, which was an approved sponsor of the Federal Child Nutrition Program. As a sponsor, Feeding Our Future was responsible for submitting site applications to MDE for approval, monitoring active sites, submitting claims for reimbursement from MDE, and disbursing federal funds to sites under its sponsorship. Feeding Our Future received payment from MDE and kept an administrative fee—typically 10 to 15 percent. Feeding Our Future provided the remaining funds directly to sites.

During the Covid-19 pandemic, Bock and her company recruited individuals and entities to open more than 200 Federal Child Nutrition Program sites throughout the state of Minnesota. The sites fraudulently claimed to be serving meals to thousands of children a day within just days or weeks of being formed and despite having few, if any, staff and little to no experience serving this volume of meals.

Gandi's co-conspirator and sister, Ikram Mohamed, worked as a consultant to Feeding Our Future between at least February 2021 and January 2022. Beginning in late 2020, Ikram opened several fraudulent food sites under the sponsorship of Feeding Our Future.  To conceal her involvement in the sites, Ikram put the entities operating the sites in the names of close family members and friends, including her husband, Shakur Abdisalam, her mother, Fadumo Yusuf, her sister, Aisha Hussein, and her friend, Sahra Osman.  Ikram also used her company, IM Consultation, to

6

solicit and receive kickbacks from individuals and companies involved in the Federal Child Nutrition Program under the sponsorship of Feeding Our Future. Gandi assisted Ikram and their co-conspirators with the operation of the fraudulent food sites by preparing and submitting various fraudulent documents that were essential to the claims, such as company registrations, meal count sheets, and attendance rosters.

The sites owned and operated by the conspirators collectively claimed to be serving meals to tens of thousands of children each day throughout the State of Minnesota, for which they fraudulently claimed and received millions of dollars in Federal Child Nutrition Program funds. The site owners sent much of this money to their co-conspirator siblings, Gandi Mohamed and Suleman Mohamed, via shell companies created and used to receive and launder the proceeds of the fraudulent scheme.

### B.   The "Youths" Food Sites

In late 2020, Gandi, Ikram, and their co-conspirators began creating shell companies for the purpose of enrolling in the Federal Child Nutrition Program under the sponsorship of Feeding Our Future. The evidence at trial will show that Gandi Mohamed conspired with his co-defendants to defraud the Federal Child Nutrition Program and took steps in furtherance of the conspiracy, such as participating in the formation of the shell companies, managing the fraudulent claim submissions for the food sites, and laundering the proceeds of the fraud.

### 1.    United Youth of Minneapolis

On December 8, 2020, Aisha Hussein, Ikram and Gandi's half-sister, registered United Youth of MPLS LLC with the Minnesota Secretary of State. The next day, Aisha Hussein and Aimee Bock completed applications for United Youth to open two Federal Child Nutrition Program sites in Minneapolis – one at 1230 Logan Avenue N (the "Logan site") and one at 1229 East Lake Street (the "1229 East Lake site"). According to the site applications, Feeding Our Future employees would staff the sites. Gandi, through LLCs he controlled, owned the buildings where the Logan and 1229 East Lake sites were to be located.



1230 Logan
Avenue N



1229 East
Lake Street

MDE questioned Feeding Our Future about these site applications because another sponsor had already requested a site ID for the sites. Aimee Bock responded by asking MDE what regulation prohibited more than one program from operating at the same address, claiming that many of the sites were located in apartment

8

complexes, mosques and churches.  She also claimed that it was very common for the sites to share space with multiple different programs.

A week later, Gandi emailed Aimee Bock, claiming that he owned the building in which United Youth operated its 1229 E Lake Street site and that he leased out other portions of the building to different organizations.

> **From:** Gandi Mohamed <gandimohamed@gmail.com>
> **To:** aimee@feedingourfuture.org
> **Subject:** United Youth OF MPLS
> **Date:** Wed, 24 Feb 2021 10:44:34 -0600
>
> ---
>
> Good Morning Aimee,
> My name is Gnadi Mohamed and I'm the owner of 1229 East Lake street Minneapolis, MN 55407. I'm reaching out to Explain that this is a Multi Use building. I currently have five different businesses in my building United Youth OF MPLS being one of them.  United Youth OF MPLS leases out a portion of the building for their Programs.
>
> If you may have any questions or concerns please feel free contact me at cell 612-423-6203
>
> Gandi Mohamed
> 1229 East Lake Street Minneapolis, MN 55407
> Office# 612-822-1203
> Cell # 612-423-6203
> gandimohamed@gmail.com

In February and March 2021, MDE granted both of United Youth's site applications. Almost immediately, United Youth claimed to be serving meals to thousands of kids per day, seven days a week. Aisha Hussein signed meal count sheets claiming that in February 2021, United Youth served two meals a day to over 1,200 children. Month after month in 2021, the United Youth sites claimed to be serving more and more meals. By May of 2021 they were claiming to serve supper and a snack to over 2,500 children a day.

The trial evidence will show that Gandi directly contributed to the fraud at the United Youth sites. For example, he scanned and emailed[1] fraudulent meal claims to either his co-conspirators for submission to Feeding Our Future or directly to Feeding Our Future himself.

In all, the United Youth sites claimed to have served nearly 2,000,000 meals between December 2020 and November 2021, for which it claimed to be entitled to more than $4.9 million in Federal Child Nutrition Program funds. Based on these claims, Feeding Our Future paid approximately $2.2 million to United Youth and

---

[1] Google subscriber information shows that this email address belonged to Gandi Mohamed. Gandi owned a PCA company called Comfort Services LLC, which was also located at 1229 East Lake Street.

approximately $2.8 million to other related entities. Aisha Hussein also laundered over $100,000 in food program funds to Gandi Mohamed's two companies, GIF Properties and GAK Properties, through checks for "rent" payments.

 

### 2. Inspiring Youth & Outreach

On February 2, 2021, Gandi registered an LLC with the Minnesota Secretary of State titled Inspiring Youth & Outreach.  The owner of the LLC was listed as Shakur Abdisalam, Ikram's husband.  Gandi emailed Ikram the filing documents that same day.

> **From:** Gandi Mohamed <gandimohamed@gmail.com>
> **To:** ikram mohamed <amaden2@yahoo.com>
> **Subject:** inspiring youth & Out reach
> **Date:** Tue, 02 Feb 2021 13:03:52 -0600
> **Attachments:** EIN___inspiring_youth_&_Out_reach.pdf; Original_Filing_-_Limited_Liability_Company_(Domestic).pdf.pdf
>
> EIN

The next day, Abdisalam and Aimee Bock applied to enroll Inspiring Youth in the Federal Child Nutrition Program, with its site also located at 1230 Logan Avenue N.  As noted above, United Youth already was operating a site at that building, which Gandi also owned.[2] Almost immediately, Abdisalam began submitting claims that his new company was serving meals to more than 1,000 children a day. In March 2021,

---

[2] Gandi purchased 1230 Logan Avenue N from a church in May of 2020 in the name of an LLC.

Abdisalam signed meal count sheets claiming that the Inspiring Youth site served

supper and a snack to over 1,500 children a day, seven days a week. In August 2021,

Inspiring Youth claimed to serve breakfast and lunch to 2,500 children a day, seven

days a week.



The trial evidence will show that Gandi directly contributed to the fraud at the

Inspiring Youth site. Similarly to United Youth, he repeatedly scanned and emailed

fraudulent meal claims to the Inspiring Youth email for submission to Feeding Our

Future, or submitted them directly to Feeding Our Future himself.



He also emailed himself a blank, fully-filled out roster for his co-conspirators' use.

12



In total, the Inspiring Youth site claimed to have served over 700,000 meals from in or about January 2021 to in or about November 2021. Based on these fraudulent claims, Inspiring Youth received more than $1.5 million in Federal Child Nutrition Program funds. Shakur Abdisalam also laundered $70,000 in Inspiring Youth's food program funds to Gandi's company, GIF Properties, through large checks for "rent" payments.

### 3. Active Minds Youth

On February 4, 2021, Ikram registered Active Mind's Youth LLC with the Minnesota Secretary of State in the name of her mother, Fadumo Mohamed Yusuf (just two days after Inspiring Youth & Outreach was registered). The following day, Fadumo and Aimee Bock applied to enroll the entity as a Federal Child Nutrition Program site under the sponsorship of Feeding Our Future. MDE actually rejected Active Minds application to participate in the food program. Feeding Our Future

nonetheless submitted meal reimbursement claims on Active Mind's behalf under other site IDs.  For a period of time, Active Mind's site purported to be at 720 East Lake Street, which was another building owned by Gandi Mohamed through his company, GAK Properties.



Beginning in February 2021, Fadumo claimed to be serving two meals a day to more than 2,000 children per day, 7 days per week. In particular, Active Minds claimed to have served exactly 2,016 children supper and a snack every day beginning on February 1, 2021, before the company was even incorporated.



As with the other co-conspirators' sites, the trial evidence will show that Gandi actively participated in the fraud at Active Minds.  He repeatedly scanned and emailed fraudulent meal claims for the site, either to the Active Minds email for

immediate submission to Feeding Our Future for reimbursement, or directly to Feeding Our Future himself.



In total, Active Minds claimed to have served over 500,000 meals between February 2021 and June 2021. Based on these fraudulent claims, Active Minds received more than $1 million in Federal Child Nutrition Program funds. Fadumo, through Active Minds, also laundered $25,000 in food program funds to GAK Properties in the form of $5,000 monthly checks for "rent" payments.

### 4.    Youth International Club

Youth International Club LLC was registered with the Minnesota Secretary of State on January 30, 2021.  On March 1, 2021, Aimee Bock submitted applications for the company to participate in the food program under the sponsorship of Feeding Our Future. Youth International Club purported to have sites located in Edina,

Hopkins, Minnetonka, and Eden Prairie. Sahra Osman, a close family friend of Ikram's, signed the applications as the manager of Youth International Club. The same month, Osman began signing meal count sheets claiming that Youth International Club was serving meals to more than 1,300 kids a day, seven days a week.

As with the other co-conspirators' sites, the trial evidence will show that Gandi directly contributed to the fraud at Youth International Club as well, by repeatedly scanning and submitting fraudulent meal claims for the site, sometimes sending them directly to Feeding Our Future for reimbursement.

16

In total, Youth International Club claimed to have served over half a million meals to children in 2021. Based on those fraudulent claims, Youth International Club received more than $1.5 million in Federal Child Nutrition Program funds.

### 5.    Gandi's Role in Managing the Youths Sites

In addition to his role facilitating the sites' submission of fraudulent meal claims, thereby ensuring the payment of fraudulently obtained Federal Child Nutrition Program funds, Gandi also participated in the fraud at the Youths sites by managing payments for the sites with Feeding Our Future and coordinating bookkeeping for the companies with outside accountants. For example, in December 2021, Gandi sent Aimee Bock a list of checks paid by Feeding Our Future to United Youth, Inspiring Youth, and Active Minds in 2021.

**From:** Gandi Mohamed <gandimohamed@gmail.com>
**To:** aimee@feedingourfuturemn.org
**Subject:** Checks for Invoices
**Date:** Wed, 08 Dec 2021 09:01:13 -0600
**Attachments:** Paid_Checks_for_Invoices.xlsx

Please see attached

| UNITED | | | |
| --- | --- | --- | --- |
| check date | check amount | check number | county /day |
| 2.12.2021 | 158,224 | 9319 | |
| 03/10/2021 | 66,683.23 | 9551 | |
| 03/12/2021 | 68,614.64 | 9558 | |
| 05/06/2021 | 210,088.03 | 9980 | |
| 05/14/2021 | 215,107.20 | 6030 | |
| 06/11/2021 | 348,234.66 | 6334 | |
| 07/16/2021 | 61,500.00 | 6524 | |
| 09/03/2021 | 123,567.14 | 6818 | |
| 10/14/2021 | 284,842.21 | 7259 | |
| 11/12/2021 | 331,377.60 | 7450 | |
| | 1,868,239 | | |

| INSPRING | | |
| --- | --- | --- |
| check date | check amount | check number |
| 03/16/2021 | 59,752 | 9661 |
| 03/23/2021 | 138,744.14 | 9746 |
| 05/06/2021 | 199,571.68 | 9976 |
| 05/14/2021 | 200,766.72 | 6029 |
| 07/16/2021 | 114,880.82 | 6525 |
| 10/14/2021 | 226,601.70 | 7250 |
| 11/12/2021 | 306,034.34 | 7454 |
| | 1,246,351 | |

| ACTIVE MINDS | | |
| --- | --- | --- |
| check date | check amount | check number |
| 3/23/2021 | 240,920.06 | 9747 |
| 04/21/2021 | 75,000 | 9799 |
| 05/06/2021 | 215,107.20 | 9992 |
| 05/24/2021 | 270,345.10 | 6189 |
| 06/26/2021 | 236,139.90 | 6416 |
| | 1,037,512 | |

17

18

In December 2021, Gandi began working with accountants from USFAAF to paper the records related to all of the sites, as well as other companies owned by his and Ikram's family.



After the federal search warrant at Feeding Our Future's offices on January 20, 2022, Gandi submitted all of the sites' fraudulent invoices to Feeding Our Future and their registers of outgoing check payments to USFAAF in an attempt to legitimize the companies' bookkeeping. The fraudulent invoices were submitted in Excel format, with the metadata listing the creator as "GANDI."





### 6.    Fake Meal Counts and Rosters

The trial evidence will reveal that Gandi and his co-conspirators used and submitted sham meal count sheets and phony attendance rosters purporting to list the names of children who received meals at their sites. But these lists did not contain the names of real children. Indeed, school district records and trial testimony will establish that the vast majority of the falsified names on these rosters appear nowhere in the official school district enrollment records of multiple school districts where the defendants professed to serve millions of meals.

In support of their fraudulent claims, Gandi and his co-conspirators also used and submitted fraudulent invoices purporting to show their purchase of food to feed children.

19

## C.   The Money Laundering

In all, the defendant and his co-conspirators received more than $14 million in Federal Child Nutrition Program funds between December 2020 and January 2022. These federal funds were received by the co-conspirators' companies as reimbursements from Feeding Our Future or kickback payments from other entities participating in the food program fraud.

Gandi and his co-conspirators created and used a food vendor company, Star Distribution, as well as several shell companies to receive, launder, and distribute their fraudulent proceeds. The defendants transferred hundreds of thousands of dollars between their shell companies to conceal the source of the funds and then used the shell companies to purchase millions of dollars' worth of real estate, cars, and fund their lifestyles and personal spending.

### 1.   Star Distribution

Gandi and his co-conspirators used a "vendor" company named Star Distribution—ostensibly in the business of providing food for distribution—to launder their fraudulent proceeds. As the financial records will establish at trial, the co-conspirators paid the bulk of the Federal Child Nutrition Program funds received as reimbursement over to Star Distribution, purportedly to pay for the food allegedly distributed at their various sites. In reality, Star Distribution provided only a fraction of the food that the co-conspirators' sites claimed to be serving Instead, Gandi and his family members used Star Distribution to receive and launder the Federal Child Nutrition Program funds while concealing the money as payments for the purchase of food.

On February 18, 2021, Gandi registered Star Distribution LLC with the Minnesota Secretary of State, in the name of his and Ikram's brother, Suleman Mohamed. Gandi emailed Ikram the filing documents that same day.

**From:** Gandi Mohamed <gandimohamed@gmail.com>
**To:** ikram mohamed <amaden2@yahoo.com>
**Subject:** Star Distribtion
**Date:** Thu, 18 Feb 2021 15:48:49 -0600
**Attachments:** Star_Distribution_LLC_EIN.pdf; Star_Distribution_LLC_MN_State_sec.pdf

see attached

A few weeks later, Ikram emailed the Star Distribution email account an Excel spreadsheet with an invoice from Star Distribution, for food provided to United Youth. According to the metadata, Gandi created the spreadsheet.

**From:** ikram mohamed <amaden2@yahoo.com>
**To:** "stardistribution19@gmail.com" <stardistribution19@gmail.com>
**Subject:** Invoices
**Date:** Sun, 07 Mar 2021 15:37:26 -0600
**Attachments:** Star_Dist._invoices.xlsx



22

Star Distribution claimed to have leased office space at 310 East 38th Street in Minneapolis, as well as a warehouse in Bloomington, to create the appearance that it was running a legitimate food supply operation. However, the evidence at trial will show that the 310 East 38th Street space was a second-floor office suite, with no infrastructure to facilitate the storage and distribution of large quantities of food. The Bloomington warehouse similarly had limited food distribution capacity and was merely a façade.



The trial evidence will also show that, starting in March 2021, Gandi participated with his co-conspirators in regularly creating and submitting fraudulent invoices from Star Distribution in support of claims from each of the entities they used to carry out the scheme. These invoices purported to document the purchase of food to be later served to children. These fraudulent invoices were then used to substantiate the sites' fraudulent meal reimbursement claims, by making it appear that the sites were buying large quantities of food.

22



In total, between February 2021 and April 2022, Star Distribution received approximately $10 million in Federal Child Nutrition Program funds, including more than $4.9 million from Feeding Our Future, $1.6 million from United Youth, and $1 million from Inspiring Youth.

The bank records to be introduced at trial will show that Star Distribution was a fake food vendor that did not actually provide food to be served at the sites. Instead, the money was laundered. $1.6 million was sent to Afro Produce, a company that sold fake invoices to companies involved in the scheme.

A further $1.1 million was laundered from Star Distribution to Gandi, through his companies GAK Properties and GIF Properties.   These payments were, like the other co-conspirators, checks disguised as "rent" payments.




23

### 2.    IM Consultation

In the course of Ikram Mohamed's work with Feeding Our Future, she solicited and received kickback payments from the sites she brought into the program. She concealed these kickback payments by styling them as "consulting fees" paid to a shell company she created called IM Consultation LLC.  Gandi assisted Ikram in setting up IM Consultation, by registering it as an LLC with the Minnesota Secretary of State on March 10, 2021.

> **From:** Gandi Mohamed <gandimohamed@gmail.com>
> **To:** ikram mohamed <amaden2@yahoo.com>
> **Subject:** IM Consultation registeration
> **Date:** Wed, 10 Mar 2021 10:43:49 -0600
> **Attachments:** IM_Consultation_EIN.pdf; IM_Consultation_MN_state_certificate.pdf
>
> EIN and MN secretary  of state registration

The trial evidence will show that Gandi conspired with Ikram to facilitate this part of the scheme as well. For example, in December 2021, Ikram sent Gandi a payment receipt for a $10,000 invoice to Aimee Bock and Feeding Our Future for "new site development and setup."

> **From:** IM Consultation LLC <quickbooks@notification.intuit.com>
> **To:** gandimohamed@gmail.com
> **Subject:** Payment Receipt from IM Consultation LLC
> **Date:** Wed, 08 Dec 2021 19:28:33 -0600
> **Attachments:** Receipt__from_IM_Consultation_LLC.pdf
>
> Please find our payment receipt attached to this email.
>
> Thank you.
>
> Have a great day!
> IM Consultation LLC

**From:** IM Consultation LLC <quickbooks@notification.intuit.com>
**To:** gandimohamed@gmail.com
**Subject:** Invoice 1001 from IM Consultation LLC
**Date:** Wed, 08 Dec 2021 19:30:51 -0600
**Attachments:** Invoice_1001_from_IM_Consultation_LLC.pdf

INVOICE 1001 DETAILS

IM Consultation LLC

The same day, Gandi sent himself a list of IM Consultation's 2021 transactions, including deposits IM Consultation had received from Feeding Our Future.

### 3.    GAK and GIF Properties

In November 2020, Gandi Mohamed created GAK Properties in order to launder fraudulently obtained Federal Child Nutrition Program funds from the entities created by his co-conspirators and family members. For example, his brother Suleman paid $25,000 per month in "rent" payments from Star Distribution to GAK Properties, even though Star Distribution never rented any space from GAK.  In all, Star Distribution paid more than $800,000 to GAK Properties between March 2021 and July 2022, all derived from Federal Child Nutrition Program funds.

In March 2016, Gandi Mohamed created GIF Properties.  He also used GIF to launder fraudulently obtained food program funds. Suleman similarly paid $37,000 per month in "rent" payments from Star Distribution to GIF Properties, even though Star Distribution never rented any space from GIF.  The $370,000 that Star paid GIF Properties was also derived from Federal Child Nutrition Program funds. As detailed above, Gandi used GAK and GIF to receive payments from other companies involved in the scheme, styled as "rent."

25

The financial records at trial will show that Gandi used these laundered funds to purchase and maintain multiple real estate properties and wire hundreds of thousands of dollars abroad.

Over $500,000 from the GAK Properties bank account was used to purchase and do improvements on four different properties, including three family residences and the office building located at 720 East Lake Street. From the GIF Properties account, over $275,000 was sent to Gandi's personal account, and over $270,000 was used on construction or property taxes for properties that Gandi owned. Finally, Gandi wired over $200,000 in food program funds abroad through an international money remitter.

## IV.    POTENTIAL LEGAL AND EVIDENTIARY ISSUES

### A.    Summary Testimony and Charts

The United States intends to call law enforcement agents to testify as summary witnesses in its case-in-chief. "The testimony of a summary witness may be received so long as she bases her summary on evidence received in the case and is available for cross-examination." *United States v. Ellefsen*, 655 F.3d 769, 780 (8th Cir. 2011) (quoting *United States v. King*, 616 F.2d 1034, 1041 (8th Cir. 1980)).

In addition, because this case involves voluminous documentary evidence, including school enrollment records, bank records, and other financial documents, the government intends to offer summary charts into evidence in order to assist the jury. Summary charts are properly admitted when (1) the charts fairly summarize voluminous trial evidence, (2) they assist the jury in understanding testimony already introduced, and (3) the witness who prepared the charts is subject to cross-

26

examination with all documents used to prepare the summary. *United States v. Spires*, 628 F.3d 1049, 1052-53 (8th Cir. 2011) (citing Fed. R. Evid. 1006). "Also, summaries may include assumptions and conclusions so long as they are 'based upon evidence in the record.'" *Id.* at 1053.

### B. Stipulations and Self-Authentication Pursuant to Federal Rule of Evidence 902

The parties have discussed foundational stipulations with respect to certain business records that will obviate the need to call custodians of records as witnesses at trial. While the parties are still working through the details of these stipulations, the government is hopeful that the parties will be able to put this stipulation on the record at the pretrial conference.

With respect to any business records for which the defendants are unwilling to stipulate with respect to foundation, the government has and will be providing notice to defense counsel of its intent to offer these business records pursuant to the self-authentication provisions of Federal Rules of Evidence 803(6) and 902(11). The records have and will be identified with particularity to the defense in the government's Federal Rule of Evidence 902 notices, and they have all previously been provided to the defense in the government's Rule 16 disclosures. Certifications for these records have also been made available for the defendant's review. The government will also seek to admit certain public records pursuant to the self-authentication provisions of Federal Rules of Evidence 803(8) and 902(1), (2), and (4).

28

Dated: April 1, 2026

Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

/s/ *Rebecca E. Kline*

BY:    REBECCA E. KLINE
MATTHEW C. MURPHY
Assistant United States Attorneys