**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# CHANGE OF PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SULEMAN YUSUF MOHAMED,<br><br>Defendant. | COURTROOM MINUTES - CRIMINAL<br>BEFORE: Nancy E. Brasel<br>U.S. District Judge<br><br>Case No: 24-cr-15 (2) (NEB/DTS)<br>Date: April 2, 2026<br>Court Reporter: Renee Rogge<br>Courtroom: 13W<br>Time Commenced: 10:00 a.m.<br>Time Concluded: 10:45 a.m.<br>Time in Court: 45 minutes |

APPEARANCES:
  Plaintiff:        Matthew Murphy, Assistant U.S. Attorney
  Defendant:     Wyatt Anderson, CJA Appointed Attorney

PROCEEDINGS:

CHANGE OF PLEA HEARING:

PLEA:
☒  Guilty plea entered as to Count 24 of the Superseding Indictment.
☒  Presentence Investigation Report Requested.
☒  Defendant is shall be released after processing with additional conditions. Order to be filed.


Date: April 2, 2026                          s/KW
                                             Courtroom Deputy to Judge Nancy E. Brasel