**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

# CHANGE OF PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GANDI YUSUF MOHAMED,<br>aka Gandi Abdi Kediye,<br><br>Defendant. | COURTROOM MINUTES - CRIMINAL<br>BEFORE: Nancy E. Brasel<br>U.S. District Judge<br><br>Case No:    24-cr-15 (7) (NEB/DTS)<br>Date:    April 9, 2026<br>Court Reporter:    Renee Rogge<br>Courtroom:    13W<br>Time Commenced:    8:30 a.m.<br>Time Concluded:    9:00 a.m.<br>Time in Court:    30 minutes |

**APPEARANCES:**

Plaintiff:    Matthew Murphy, Assistant U.S. Attorney
Defendant:    Nicholas Kaizer and Mariel Lasasso, Retained Attorneys

**PROCEEDINGS:**

Defendant's true name if different from charging instrument: Gandi Abdi Kediye
☒ Clerk of Court is directed to change name to: Gandi Abdi Kediye

**CHANGE OF PLEA HEARING:**

**PLEA:**
☒ Guilty plea entered as to Count 30 of the Superseding Indictment.
☒ Presentence Investigation Report Requested.
☒ Defendant is released on bond conditions. Additional Conditions added. Order to be filed.

Date: April 9, 2026

s/Kristine Wegner
Courtroom Deputy to Judge Nancy E. Brasel