**Case No. 0:24-cr-00015-NEB-DTS-3**
UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

AISHA HUSSEIN,

Defendant.

DEFENDANT'S MOTION TO ACCEPT LATE FILING

TO: THE UNITED STATES DISTRICT COURT

Defendant Aisha Hussein, by and through undersigned counsel, respectfully moves the Court for leave to file her Position Regarding Sentencing after the applicable deadline Regarding Sentencing out of time because counsel attempted to submit it through CM/ECF, but the filing was not docketed.

On November 13, 2026, Court staff advised counsel that technical difficulties experienced on November 12, 2026, likely prevented processing and recommended filing a motion for late acceptance.

Counsel acted in good faith, promptly sought to correct the issue, and submits that good cause and excusable neglect under Fed. R. Crim. P. 45(b)(1)(B) warrant acceptance of the sentencing position out of time.

Dated: November 13, 2026

/s/ Melvin R. Welch
Melvin R. Welch (0387750)
250 South 2nd Avenue, Suite 205
Minneapolis, MN 55401
ATTORNEY FOR DEFENDANT