# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# SENTENCING

UNITED STATES OF AMERICA,

Plaintiff,

v.

AISHA HASSAN HUSSEIN,

Defendant.

## COURT MINUTES - CRIMINAL

Case No: 24-cr-15 (3) (NEB/DTS)
Date: November 24, 2026
Courthouse: Minneapolis
Courtroom: 13W
Court Reporter: Renee Rogge
Time Commenced: 10:40 a.m.
Time Concluded: 11:20 a.m.
Time in Court: 40 minutes

Before Nancy E. Brasel, United States District Judge
APPEARANCES:

For Plaintiff: Matthew Murphy, Assistant U.S. Attorney
For Defendant: Melvin Welch, CJA Appointed Attorney

☒ **Sentencing.**
☒ **Review of objections on the record.**

**IT IS ORDERED:**
**Defendant is sentenced to:**

| Count Nos. | Plea | BOP | SR |
|---|---|---|---|
| 2s | X | 27 months | 1 year |

☒ Special conditions of: **See J&C for special condition.**
☒ Special assessment in the amount of $100.00 is due immediately.
☒ Counts 1s, 3s-21s, 24s and 27s of the Superseding Indictment is dismissed on motion by the Government.
☒ The sealed filings at ECF No 476 shall remain sealed for 10 years (11/24/36).
☒ Defendant is released on her bond conditions. Defendant shall voluntarily surrender to her place of confinement on 1/12/27 by 12:00 p.m. If a designation has not been determined by that date or the defendant prefers he may surrender to the US. Marshal Services in Minneapolis, MN on 1/12/27 by 12:00 p.m.

Date: November 24, 2026

s/Kristine Wegner
Courtroom Deputy to Judge Nancy E. Brasel